The **COLORADO BOARD OF MEDICAL EXAMINERS,**
Petitioner,

v.

**W.M. RAEMER, D.D.S., Respondent.**

No. 90SC289.

Supreme Court of Colorado.

Nov. 16, 1990.

## ORDER OF COURT

Upon consideration of the Suggestion of Death, the Response, and the Reply, and being sufficiently advised in the premises,

IT IS ORDERED that this cause is DISMISSED as MOOT.